UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
          :
QUAME TRUITT,          :
          :
          Plaintiff,          :
          :      22-CV-3407 (VSB)
    -against-          :
          :      **ORDER**
WILLIE PERRY          :
          :
          :
          Defendant.   :
          :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      On June 28, 2022, I entered an Endorsement replacing Defendant John Doe with Defendant Willie Perry, and I directed that this Endorsement be mailed to Plaintiff at the last address he provided to the Court. (Doc. 9). On August 16, 2022, a docket entry noted that the mailing of the Endorsement had been returned to sender as unable to forward. It is Plaintiff's obligation to promptly submit a written notification to the Court if Plaintiff's address changes, and the Court may dismiss the action if Plaintiff fails to do so. Accordingly, it is hereby

      ORDERED that Plaintiff update his address by no later than September 14, 2022, using the Notice of Change of Address form. This form can be found online by following the links on the Court website at the URL https://www.nysd.uscourts.gov/atty-changeaddress.

      The Clerk of Court is respectfully directed to mail a copy of this order and a copy of the Court's Notice of Change of Address form to Plaintiff at the following two addresses:

    Quame Truitt
    441-21-01855

Rikers Island- AMKC
18-18 Hazen Street
E. Elmhurst, NY 11370

AND

Quame Truitt
22B2437
Bare Hill Correctional Facility
181 Brand Road
Malone, NY 12953

SO ORDERED.

Dated:   August 18, 2022
         New York, New York

_____
Vernon S. Broderick
United States District Judge