UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

QUAME TRUITT,

                                                  Plaintiff,     **ORDER TO PRODUCE INMATE FOR DEPOSITION**

          -against-

                                        22 Civ. 3407 (VSB)

WILLIE PERRY,

                                               Defendant.

-------------------------------------------------------------------- x

**HONORABLE VERNON S. BRODERICK**
**UNITED STATES DISTRICT JUDGE:**

      Upon the application of Defendant for leave to take the deposition of Plaintiff Quame Truitt, an inmate within Bare Hill Correctional Facility, and the Court having granted leave for the taking of Plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

      **IT IS HEREBY ORDERED** that the Superintendent or other official in charge of Bare Hill Correctional Facility produce inmate Quame Truitt, DIN No. 22-B-2437, at a location within the facility for the taking of his deposition by video teleconference on **February 21, 2023, commencing at 11 a.m.**, and for so long thereafter as the deposition continues, and that Plaintiff appear in such place as designated by the Superintendent or other official in charge of Bare Hill Correctional Facility, so that his deposition may be taken.

**Dated:** 02/15/2023
      **New York, New York**

                                                    SO ORDERED.

                                                    _____
                                                    **HON. VERNON S. BRODERICK**
                                                    **UNITED STATES DISTRICT JUDGE**