UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
QUAME TRUITT,                                                :
:
:
                         Plaintiff,      :
:          22-CV-3407 (VSB)
         -against-                             :
:              **ORDER**
:
WILLIE PERRY                                                 :
:
:
                       Defendant.      :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

      IT IS FURTHER ORDERED that the post-discovery conference scheduled for June 6, 2023 is ADJOURNED *sine die*.

      The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at Fishkill Correctional Facility, 18 Strack Drive, Beacon, New York 12508-0307.

SO ORDERED.

Dated:   June 5, 2023
             New York, New York

                                                                                                       Vernon S. Broderick
                                                                                           United States District Judge